UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

| Case No. | LA CV12-07362 JAK (MANx) | Date | October 1, 2012 |
|---|---|---|---|
| Title | Global Wide Media, Inc. v. Baghoumian, et al. | | |

Present: The Honorable  JOHN A. KRONSTADT, UNITED STATES DISTRICT JUDGE

| Andrea Keifer | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Not Present | Not Present |

**Proceedings:** (IN CHAMBERS) ORDER RE SETTING ORDER TO SHOW CAUSE HEARING RE FAILURE TO COMPLY WITH LOCAL RULE 3-2

On August 31, 2012, Chief Judge Audrey B. Collins issued an Order to Comply With Local Rule 3-2, which requires that all manually filed civil initiating documents be e-mailed in electronic form (PDF format only) within 24 hours of the date the civil initiating documents are filed. Dkt. 6.

The Court sets an Order to Show Cause why sanctions should not be imposed, in an amount to be determined by the Court, for Plaintiff's failure to comply with the August 31, 2012 Order. A hearing is set for October 15, 2012 at 1:30 p.m., with Plaintiff's counsel to file a declaration under penalty of perjury no later than October 8, 2012 explaining the reason for the non-compliance. The Court will determine whether the October 15, 2012 hearing and/or sanctions are necessary upon review of the declaration.

**IT IS SO ORDERED.**

:

Initials of Preparer   ak