| | |
|---|---|
| **INTERNET LAW CENTER**<br>Bennet Kelley (SBN 177001)<br>INTERNET LAW CENTER<br>100 Wilshire Blvd., Suite 950<br>Santa Monica, CA 90401<br>Telephone: (310) 452-0401<br>Facsimile: (702) 924-8740<br>bkelley@internetlawcenter.net<br><br>Attorney for Plaintiff | **MOON & YANG**<br>Kane Moon (SBN 249834)<br>Seung I. Yang (SBN 249857)<br>3435 Wilshire Blvd., Suite 1820<br>Los Angeles, CA 90010<br>Telephone: (213) 232-3128<br>Facsimile: (213) 232-3125<br>Seung.yang@moonyanglaw.com<br><br>Attorneys for Defendants |

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GLOBAL WIDE MEDIA, INC.<br><br>  Plaintiff,<br><br>  vs.<br><br>SEVADA BAGHOUMIAN, NEXTGEN MEDIA GROUP, INC, DING STEVEN SUN, MEDIAUPSTART, INC.. and DOES 1-10, inclusive<br><br>  Defendants. | Case No. CV12-7362 JAK (MANx)<br><br>[~~PROPOSED~~] ORDER GRANTING RE: STIPULATION OF DISMISSAL AND STIPULATED REQUEST THAT THE COURT RETAIN JURISDICTION TO ENFORCE THE TERMS OF THE PARTIES' SETTLEMENT AGREEMENT;<br><br>JS-6 |

The Court having considered Plaintiff Global Wide Media, Inc. ("GWM") and Defendants Ding Steven Sun's and MediaUpstart, Inc.'s ("collectively the "Sun Entities") Stipulated Request for Dismissal and good cause having been shown, it is HEREBY ORDERED that:

  1.  GWM's action against the Sun Entities' is hereby dismissed with prejudice, provided however that the Court shall retain exclusive jurisdiction over this action for purposes

1  of resolving any disputes that may arise in the future regarding the Settlement and Mutual
2  Release Agreement dated May 28, 2013 entered into by the parties; and

3      2.    GWMs claims against the Doe Defendants are dismissed without prejudice.

SO ORDERED:

Dated: July 15, 2013

_____

Hon. John A. Kronstadt

.